```
CHRISTOPHER J. BEEMAN, ESQ.  BAR#: 121194
WARREN M. KLEIN, ESQ.  BAR#: 303958
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
A PROFESSIONAL CORPORATION
5860 Owens Drive, Suite 410
Pleasanton, CA  94588
(925) 734-0990  Fax: (925) 734-0888

Attorneys for Defendants
BOVE ENTERPRISES INC. DBA JIFFY LUBE,
and JIFFY LUBE INTERNATIONAL, INC.
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WITHROW, an individual; and KATHLEEN WITHROW, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>JIFFY LUBE INTERNATIONAL, INC., BOVE ENTERPRISES, INC.; and, DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00478-MCE-EFB<br><br>**STIPULATION TO SET ASIDE DEFAULT; ORDER THEREON** |

  This stipulation is submitted jointly by Defendants Bove Enterprises, Inc., and Jiffy Lube International, Inc.,("Defendants") on the one hand, and Plaintiffs PATRICK WITHROW and KATHLEEN WITHROW ("Plaintiffs") on the other.

  It is hereby stipulated between Plaintiffs, represented by Grant Winter, Esq., and Defendants, represented by Christopher Beeman, Esq., and Warren Klein, Esq., that Plaintiffs' Request for Entry of Default, entered April 15, 2019, be set aside and Defendant Jiffy Lube International, Inc., be allowed to file its answer.  The parties have agreed that 15 days is a reasonable and sufficient time within which to file Jiffy Lube International, Inc.'s answer.  The parties, and specifically, the Defendants, further agree

---

**STIPULATION TO SET ASIDE DEFAULT; ORDER THEREON**

and so stipulate that jurisdiction in the Federal District Court for the Eastern District of California constitutes an adequate and proper venue and forum for the adjudication of this case.

DATED: June 27, 2019         CLAPP, MORONEY, VUCINICH,
                             BEEMAN + SCHELEY


                             By: /s/ Christopher J. Beeman, Esq.
                             CHRISTOPHER J. BEEMAN, ESQ.
                             Attorneys for Defendants BOVE ENTERPRISES INC.
                             DBA JIFFY LUBE


DATED: June 27, 2019

                             By: /s/ Grant Winter, Esq.
                             GRANT WINTER, ESQ.
                             Attorneys for Plaintiffs PATRICK AND KATHLEEN
                             WITHROW


## **ORDER**

GOOD CAUSE APPEARING, the default entered against Jiffy Lube International, Inc., is set aside. Defendant Jiffy Lube International, Inc., has fifteen (15) days from the date this Order is electronically filed to file and serve its answer.

IT IS SO ORDERED.

Dated: July 17, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION TO SET ASIDE DEFAULT; ORDER THEREON**