| | |
|---|---|
| 1 | DAVID P. MASTAGNI, ESQ (SBN 57721) |
| | GRANT A. WINTER ESQ (SBN 266329) |
| 2 | **MASTAGNI HOLSTEDT, A.P.C.** |
| | 1912 I Street |
| 3 | Sacramento, California 95811 |
| | Telephone: (916) 446-4692 |
| 4 | Facsimile: (916) 447-4614 |
| | Attorneys for Plaintiffs PATRICK WITHROW |
| 5 | and KATHLEEN WITHROW |

| | |
|---|---|
| 7 | TIMOTHY A. WALKER, ESQ (SBN 241788) |
| | CHRISTOPHER J. BEEMAN, ESQ (SBN 121194) |
| | CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY |
| 8 | A PROFESSIONAL CORPORATION |
| | 5860 Owens Drive, Suite 410 |
| 9 | Pleasanton, CA 94588 |
| | Telephone: (925) 734-0990 |
| 10 | Fax: (925) 734-0888 |
| | Attorneys for Defendants |
| 11 | BOVE ENTERPRISES INC.; |
| | JIFFY LUBE INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WITHROW, an individual; and, KATHLEEN WITHROW, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>JIFFY LUBE INTERNATIONAL, INC.; BOVE ENTERPRISES, INC.; and, DOES 1 through 100 inclusive,<br>Defendants. | Case No. 2:19-cv-00478-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR NON-EXPERT DISCOVERY CUTOFF** |

Plaintiffs PATRICK WITHROW and KATHLEEN WITHROW and Defendants JIFFY LUBE INTERNATIONAL, INC. [hereinafter "JIFFY LUBE"], and BOVE ENTERPRISES, INC. (hereinafter "BOVE"), hereby stipulate to the following:

On March 15, 2019, the Court issued its Initial Pretrial Scheduling Order setting forth a deadline of Monday, March 16, 2020 for non-expert discovery including the resolution of all discovery disputes by appropriate order by that date.

Good cause exists to continue the non-expert discovery cutoff dates because a delay occurred in initiating discovery because Plaintiffs had to file a Request for Entry of Default against JIFFY LUBE on April 12, 2019 when JIFFY LUBE failed to respond to the complaint. The parties later stipulated to set aside the default against JIFFY LUBE who filed an answer to the Complaint on August 2, 2019. Since that time, the parties have engaged in written discovery. Plaintiffs noticed numerous depositions of witnesses in Phoenix, Arizona; however, the depositions had to be continued because of the witnesses' unavailability. Scheduling issues have delayed some of the discovery already completed due to the unavailability of counsel, witnesses, and parties. The parties anticipate that scheduling issues amongst the parties and witnesses will necessitate more time to complete fact discovery. Therefore, the parties hereby stipulate that, provided the Court grants its consent, the deadline for the non-expert discovery cutoff shall be continued for two months until May 11, 2020 in order to give the parties time to complete the depositions of witnesses in California and Arizona.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, that the non-expert discovery cutoff date set forth in the Court's Scheduling Conference Order of March 15, 2019, shall be modified as follows (modified dates are in bold):

**Non-Expert Discovery Cutoff**: Continued from March 16, 2020
**To May 11, 2020**

**IT IS SO STIPULATED**

Dated: February 24, 2020       CLAPP, MORONEY, VUCINICH,
                               BEEMAN+SCHELEY

                               By: /s/_____
                                   Christopher J. Beeman, Esq.
                                   Attorneys for Defendants BOVE ENTERPRISES
                                   INC. DBA JIFFY LUBE

Dated: February 26, 2020                    MASTAGNI HOLSTEDT, A.P.C.


                                  By:  __/s/_____
                                       Grant Winter, Esq.
                                       Attorneys for Plaintiffs PATRICK WITHROW
                                       and KATHLEEN WITHROW


**ORDER**

    Having considered the parties' stipulated joint request to continue the deadline for the cutoff of non-expert discovery, the Court finds good cause for the continuance.

    It is ordered that the deadline for the cutoff of non-expert discovery shall be extended until May 11, 2020.

    IT IS SO ORDERED.

Dated: February 28, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE