DAVID P. MASTAGNI, ESQ (SBN 57721)
GRANT A. WINTER ESQ (SBN 266329)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Attorneys for Plaintiffs PATRICK WITHROW
and KATHLEEN WITHROW

TIMOTHY A. WALKER, ESQ (SBN 241788)
CHRISTOPHER J. BEEMAN, ESQ (SBN 121194)
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
A PROFESSIONAL CORPORATION
5860 Owens Drive, Suite 410
Pleasanton, CA 94588
Telephone: (925) 734-0990
Fax: (925) 734-0888
Attorneys for Defendants
BOVE ENTERPRISES INC.;
JIFFY LUBE INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WITHROW, an individual; and, KATHLEEN WITHROW, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>JIFFY LUBE INTERNATIONAL, INC.; BOVE ENTERPRISES, INC.; and, DOES 1 through 100 inclusive,<br>Defendants. | Case No. 2:19-cv-00478-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE ALL DEADLINES SET FORTH IN TRIAL SCHEDULING ORDER** |

Plaintiffs PATRICK WITHROW and KATHLEEN WITHROW and Defendants JIFFY LUBE INTERNATIONAL, INC. [hereinafter "JIFFY LUBE"], and BOVE ENTERPRISES, INC. (hereinafter "BOVE"), hereby stipulate to the following:

On February 28, 2020, the Court issued its Order to Continue Deadline for Non-Expert Discovery Cutoff setting forth a deadline of Monday, May 11, 2020 for non-expert discovery including the resolution of all discovery disputes by appropriate order by that date. Although the

parties have diligently engaged in, and mostly have completed, written discovery, they have not been able to conduct numerous witness depositions.  Many percipient witnesses to the matters alleged in this case reside in Arizona and as a result of travel restrictions, "social distancing requirements," and other Coronavirus related impediments, the parties have not been able to arrange or conduct the depositions.

The parties stipulate that cause exists to continue the non-expert discovery cutoff dates, and all subsequent cutoff dates, because a delay occurred in scheduling and completing depositions set to take place in Arizona. Plaintiffs noticed numerous depositions of witnesses in Phoenix, Arizona; however, the depositions had to be continued because of the witnesses' unavailability and complications arising from the Coronavirus pandemic. Scheduling issues have delayed some of the discovery already completed due to the unavailability of counsel, witnesses, and parties. The parties anticipate that scheduling issues amongst the parties and witnesses along with complications due to the Coronavirus pandemic will necessitate more time to complete fact discovery.  Therefore, the parties hereby stipulate that, provided the Court grants its consent, the deadline for the non-expert discovery cutoff, and all subsequent cutoff dates, shall be continued in order to give the parties time to complete the depositions of witnesses in California and Arizona.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, that the non-expert discovery cutoff date, and all subsequent cutoff dates, set forth in the Court's Scheduling Conference Order of March 15, 2019, shall be modified as follows (modified dates are in bold):

| | |
|---|---|
| **Non-Expert Discovery Cutoff**: | Continued from May 11, 2020 **To January 20, 2021** |
| **Designation of Expert Witnesses Cutoff**: | Continued from July 10, 2020 **To March 20, 2021** |
| **Supplemental Expert Witnesses Cutoff**: | Continued from Aug 9, 2020 **To April 20, 2021** |
| **Dispositive Motions Cutoff:** | Continued from Nov 7, 2020 **To July 20, 2021** |
| **Joint Notice of Trial Readiness Cutoff:** | Continued from Dec 7, 2020 **To August 20, 2021** |

**IT IS SO STIPULATED** between the parties, and the parties respectfully request that the Court reduce this stipulation and the modified scheduling deadlines to an Order.

Dated: June 12, 2020

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY

By: /s/_____
Christopher J. Beeman, Esq.
Attorneys for Defendants BOVE ENTERPRISES INC. DBA JIFFY LUBE

Dated: June 15, 2020

MASTAGNI HOLSTEDT, A.P.C.

By: /s/_____
Grant Winter, Esq.
Attorneys for Plaintiffs PATRICK WITHROW and KATHLEEN WITHROW

3
STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR CUTOFF OF NON-EXPERT DISCOVERY; ORDER THEREON

# ORDER

Having considered the parties' stipulated joint request to continue the deadline for the cutoff of non-expert discovery, and all subsequent cutoff dates, the Court finds good cause for the continuance.

It is ordered that the scheduling deadlines for this case be modified as follows:

| | |
|---|---|
| **Non-Expert Discovery Cutoff**: | Continued from May 11, 2020 **To January 20, 2021** |
| **Designation of Expert Witnesses Cutoff**: | Continued from July 10, 2020 **To March 20, 2021** |
| **Supplemental Expert Witnesses Cutoff**: | Continued from Aug 9, 2020 **To April 20, 2021** |
| **Dispositive Motions Cutoff:** | Continued from Nov 7, 2020 **To July 20, 2021** |
| **Joint Notice of Trial Readiness Cutoff:** | Continued from Dec 7, 2020 **To August 20, 2021** |

IT IS SO ORDERED.

Dated: June 17, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE