DAVID P. MASTAGNI, ESQ (SBN 57721)
GRANT A. WINTER ESQ (SBN 266329)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 I Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Attorneys for Plaintiffs PATRICK WITHROW
and KATHLEEN WITHROW


MATTHEW WILLIAMS (SBN 245847)
**CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
A PROFESSIONAL CORPORATION**
5860 Owens Drive, Suite 410
Pleasanton, CA 94588
Telephone: (925) 734-0990
Fax: (925) 734-0888
Attorneys for Defendants
BOVE ENTERPRISES INC.;
JIFFY LUBE INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WITHROW, an individual; and, KATHLEEN WITHROW, an individual; Plaintiffs, v. JIFFY LUBE INTERNATIONAL, INC.; BOVE ENTERPRISES, INC.; and, DOES 1 through 100 inclusive, Defendants. | Case No. 2:19-cv-00478-MCE-EFB **STIPULATION AND ORDER TO CONTINUE ALL DEADLINES SETFORTH IN TRIAL SCHEDULING ORDER** |

Plaintiffs PATRICK WITHROW and KATHLEEN WITHROW and Defendants JIFFY LUBE INTERNATIONAL, INC. [hereinafter "JIFFY LUBE"], and BOVE ENTERPRISES, INC. (hereinafter "BOVE"), hereby stipulate to the following:

On June 18, 2020, the Court issued an order continuing case management deadlines including all discovery cutoffs, expert disclosures, and the deadline for filing a Trial Readiness Notice. Although the parties have diligently engaged in, and mostly have completed, written discovery, they have not been able to conduct numerous witness depositions. Since the June 2020

Order, the circumstances concerning the Coronavirus have not changed to permit discovery, and in fact, many of the regulations have become more restrictive and prohibitory. Many percipient witnesses to the matters alleged in this case reside in Arizona and as a result of travel restrictions, "social distancing requirements," and other Coronavirus related impediments, the parties have not been able to conduct the depositions.

The parties stipulate that cause exists to continue the non-expert discovery cutoff dates, and all subsequent cutoff dates, because a delay occurred in scheduling and completing depositions set to take place in Arizona. Plaintiffs noticed numerous depositions of witnesses in Phoenix, Arizona; however, the depositions had to be continued because of the witnesses' unavailability and complications arising from the Coronavirus pandemic. Scheduling issues have delayed some of the discovery already completed due to the unavailability of counsel, witnesses, and parties. The parties anticipate that scheduling issues amongst the parties and witnesses along with complications due to the Coronavirus pandemic will necessitate more time to complete fact discovery. Therefore, the parties hereby stipulate that, provided the Court grants its consent, the deadline for the non-expert discovery cutoff, and all subsequent cutoff dates, shall be continued in order to give the parties time to complete the depositions of witnesses in California and Arizona.

Since the issuance of the June 18, 2020 Order continuing the various case management deadlines, the parties have stipulated that they will participate in a mediation and are presently in the process of choosing a mutually acceptable mediator.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, that the non-expert discovery cutoff date, and all subsequent cutoff dates, set forth in the Court's Scheduling Conference Order of March 15, 2019, shall be modified as follows (modified dates are in bold):

| | |
|---|---|
| **Non-Expert Discovery Cutoff**: | Continued from January 20, 2021 **To April 20, 2021** |
| **Designation of Expert Witnesses Cutoff**: | Continued from March 20, 2021 **To July 20, 2021** |
| **Supplemental Expert Witnesses Cutoff**: | Continued from April 20, 2021 **To August 20, 2021** |

**Dispositive Motions Cutoff:**                         Continued from July 20, 2021
                                                        **To November 20, 2021**

**Joint Notice of Trial Readiness Cutoff:**             Continued from August 20, 2021
                                                        **To December 20, 2021**

**IT IS SO STIPULATED** between the parties, and the parties respectfully request that the Court reduce this stipulation and the modified scheduling deadlines to an Order.

///

Dated:   January 6, 2021                CLAPP, MORONEY, VUCINICH,
                                           BEEMAN+SCHELEY


                                        By: _____
                                            Matthew Williams
                                            Attorneys for Defendants BOVE ENTERPRISES
                                            INC. DBA JIFFY LUBE


Dated: January 6, 2021                          MASTAGNI HOLSTEDT, A.P.C.


                                        By:   /s/   Grant Winter
                                            Grant Winter
                                            Attorneys for Plaintiffs PATRICK WITHROW
                                            and KATHLEEN WITHROW

STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR CUTOFF OF NON-EXPERT DISCOVERY

## ORDER

Having considered the parties' stipulated joint request to continue the deadline for the cutoff of non-expert discovery, and all subsequent cutoff dates, the Court finds good cause for the continuance.

It is ordered that the scheduling deadlines for this case be modified as follows:

| | |
|---|---|
| **Non-Expert Discovery Cutoff**: | Continued from January 20, 2021 **To April 20, 2021** |
| **Designation of Expert Witnesses Cutoff**: | Continued from March 20, 2021 **To July 20, 2021** |
| **Supplemental Expert Witnesses Cutoff**: | Continued from April 20, 2021 **To August 20, 2021** |
| **Dispositive Motions Cutoff:** | Continued from July 20, 2021 **To November 20, 2021** |
| **Joint Notice of Trial Readiness Cutoff:** | Continued from August 20, 2021 **To December 20, 2021** |

IT IS SO ORDERED.

Dated: January 11, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE