1    DAVID P. MASTAGNI, ESQ (SBN 57721)
     GRANT A. WINTER ESQ (SBN 266329)
2    **MASTAGNI HOLSTEDT, A.P.C.**
     1912 I Street
3    Sacramento, California 95811
     Telephone: (916) 446-4692
4    Facsimile: (916) 447-4614
     Attorneys for Plaintiffs PATRICK WITHROW
5    and KATHLEEN WITHROW

6

7    WARREN M. KLEIN, ESQ (SBN 303958)
     **CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY**
     **A PROFESSIONAL CORPORATION**
8    5860 Owens Drive, Suite 410
     Pleasanton, CA 94588
9    Telephone: (925) 734-0990
     Fax: (925) 734-0888
10    Attorneys for Defendants
     BOVE ENTERPRISES INC.;
11    JIFFY LUBE INTERNATIONAL, INC.

12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

16    PATRICK WITHROW, an individual; and,      Case No. 2:19-cv-00478-MCE-EFB
     KATHLEEN WITHROW, an individual;
17               Plaintiffs,      **STIPULATION AND ORDER TO**
                                       **CONTINUE ALL DEADLINES SET**
18        v.                            **FORTH IN TRIAL SCHEDULING**
                                         **ORDER**
19    JIFFY LUBE INTERNATIONAL, INC.;
     BOVE ENTERPRISES, INC.; and, DOES 1
20    through 100 inclusive,
     Defendants.

21

22        Plaintiffs PATRICK WITHROW and KATHLEEN WITHROW and Defendants JIFFY

23    LUBE INTERNATIONAL, INC. [hereinafter "JIFFY LUBE"], and BOVE ENTERPRISES, INC.

24    (hereinafter "BOVE"), hereby stipulate to the following:

25        On January 28, 2021, the Court issued an order extending the discovery deadlines in this

26    matter because of difficulties the parties have experienced in securing full discovery during the

27    COVID-19 pandemic. Since the January 2021 order, the circumstances concerning the Coronavirus

28    have not appreciably changed to permit discovery. Many percipient witnesses to the matters

                                             1

alleged in this case reside in Arizona and as a result of travel restrictions, "social distancing requirements," and other Coronavirus related impediments, the parties have still not been able to conduct the depositions. Delays have also arisen because the attorney previously handling this matter for the defendants left the firm abruptly, and the successor attorneys assigned to the case are still pending admission in the Eastern District.

The parties stipulate that good cause exists to continue the non-expert discovery cutoff dates, and all subsequent cutoff dates, because of the extended delay in scheduling and completing depositions set to take place in Arizona. Plaintiffs noticed numerous depositions of witnesses in Phoenix, Arizona; however, the depositions have had to be continued because of the witnesses' unavailability and complications arising from the Coronavirus pandemic. Scheduling issues have delayed some of the discovery already completed due to the unavailability of counsel, witnesses, and parties. The prior attorney assigned to this matter has disassociated from the Clapp Moroney firm, and replacement counsel are still becoming familiar with the facts and issues presented by the plaintiff's claims. The parties anticipate that scheduling issues amongst the parties and witnesses along with complications due to the Coronavirus pandemic will necessitate more time to complete fact discovery. Therefore, the parties hereby stipulate that, provided the Court grants its consent, the deadline for the non-expert discovery cutoff, and all subsequent cutoff dates, shall be continued in order to give the parties time to complete any written discovery and the depositions of witnesses in California and Arizona.

The parties have also stipulated that they will participate in a mediation and are presently in the process of choosing a mutually acceptable mediator. The requested extension of the discovery cut-off will serve to facilitate the parties' efforts to mediate their disputes as well.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, that the non-expert discovery cutoff date, and all subsequent cutoff dates, set forth in the Court's Scheduling Conference Order of January 28, 2021, shall be modified as follows (modified dates are in bold):

**Non-Expert Discovery Cutoff**: Originally March 16, 2020, continued to April 20, 2021
**To September 20, 2021**

STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR CUTOFF OF NON-EXPERT DISCOVERY

**Designation of Expert Witnesses Cutoff**: Originally May 15, 2020, continued to July 20, 2021
**To November 20, 2021**

**Supplemental Expert Witnesses Cutoff**: Originally June 14, 2020, continued to August 20, 2021
**To December 20, 2021**

**Dispositive Motions Cutoff:** Originally September 12, 2020, continued to November 20, 2021
**To February 20, 2022**

**Joint Notice of Trial Readiness Cutoff:** Continued from December 20, 2021
**To March 20, 2022**

**IT IS SO STIPULATED** between the parties, and the parties respectfully request that the Court reduce this stipulation and the modified scheduling deadlines to an Order.

Dated: April 20, 2021      CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY

By: _____/s/_____
     Warren M. Klein
     Attorneys for Defendants BOVE ENTERPRISES INC. DBA JIFFY LUBE

Dated: April 20, 2021      MASTAGNI HOLSTEDT, A.P.C.

By: _____/s/_____
     Grant A. Winter
     Attorneys for Plaintiffs PATRICK WITHROW and KATHLEEN WITHROW

STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR CUTOFF OF NON-EXPERT DISCOVERY

# ORDER

Having considered the parties' stipulated joint request to continue the deadline for the cutoff of non-expert discovery, and all subsequent cutoff dates, the Court finds good cause for the continuance.

It is ordered that the scheduling deadlines for this case be modified as follows:

**Non-Expert Discovery Cutoff**: Continued from April 20, 2021
**To September 20, 2021**

**Designation of Expert Witnesses Cutoff**: Continued from July 20, 2021
**To November 20, 2021**

**Supplemental Expert Witnesses Cutoff**: Continued from August 20, 2021
**To December 20, 2021**

**Dispositive Motions Cutoff:** Continued from November 20, 2021
**To February 20, 2022**

**Joint Notice of Trial Readiness Cutoff:** Continued from December 20, 2021
**To March 20, 2022**

Given the issuance of this Order, Defendants' Motion for an Order Extending Discovery Cutoff (ECF No. 23) is DENIED as moot.

IT IS SO ORDERED.

Dated: April 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND REQUEST TO CONTINUE DEADLINE FOR CUTOFF OF NON-EXPERT DISCOVERY