DAVID P. MASTAGNI (SBN 57721)
GRANT A. WINTER (SBN 266329)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
Attorneys for Plaintiffs PATRICK WITHROW
and KATHLEEN WITHROW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WITHROW, an individual; and, KATHLEEN WITHROW, an individual; Plaintiffs, v. JIFFY LUBE INTERNATIONAL, INC., BOVE ENTERPRISES, INC.; and, DOES 1 through 100 inclusive, Defendants. | Case No. 2:19-cv-00478-MCE-EFB **JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON** Complaint Filed: March 15, 2019 |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

///

///

///

///

///

///

///

1
**JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON**

| | | |
|---|---|---|
| 1 | DATED: August 05, 2021 | **CLAPP, MORONEY, VUCINICH, BEEMAN + SCHELEY** |
| 2 | | |
| 3 | | By   _____/s/_____ |
| 4 | | ADRIANNE C. DUNCAN, Esq.<br>Attorney for Defendants |
| 5 | | BOVE ENTERPRISES INC.,<br>dba JIFFY LUBE |
| 7 | DATED: August 05, 2021 | **MASTAGNI HOLSTEDT, A.P.C.** |
| 9 | | By   _____/s/_____ |
| 10 | | GRANT A. WINTER, Esq.<br>Attorney for Plaintiff |
| 11 | | PATRICK WITHROW<br>and KATHLEEN WITHROW |

**ORDER**

In accordance with the foregoing stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  August 13, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE